■ In the Matter of TUCKER ANTHONY, INC., et al., Appellants, v BLUNT, ELLIS & LOEW, INC., et al., Respondents. [687 NYS2d 690] —In a proceeding pursuant to CPLR article 75 to permanently stay arbitration, the petitioners appeal from an order of the Supreme Court, Nassau County (Phelan, J.), entered January 2, 1998, which denied the petition.

Ordered that the order is affirmed, with costs.

We agree that the petitioners participated in the arbitration process thereby manifesting a preference clearly inconsistent with their present effort to stay arbitration (*cf., De Sapio v Kohlmeyer,* 35 NY2d 402, 405). Bracken, J. P., Sullivan, Altman and Friedmann, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ALFRED ABREU, Appellant. [686 NYS2d 316] —Appeal by the defendant from a judgment of the Supreme Court, Queens County (Hanophy, J.), rendered September 5, 1996, convicting him of criminal sale of a controlled substance in the third degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

Upon our review of the record, we find that the defendant knowingly, voluntarily, and intelligently waived his right to appeal in exchange for the imposition of a reduced sentence (*see, People v Seaberg,* 74 NY2d 1). Mangano, P. J., Bracken, Joy and Krausman, JJ., concur.